JONATHAN HOLDEEN, Appellant, v. CHARLES R. RINALDO, Respondent. — STALEY, JR., J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Staley, Jr., J.